UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSCAR PALAU,

    Plaintiff,

v.                                                      Case No: 6:16-cv-1588-Orl-18GJK

HARLEY-DAVIDSON FINANCIAL
SERVICES, INC.,

    Defendant.
_____

ORDER

On June 8, 2017 the parties filed a Joint Stipulation of Dismissal (Doc. No. 14). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this __13__ day of June, 2017.

                                                                         G. KENDALL SHARP
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record